**Opinion issued May 24, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00257-CV

———————————

## IN RE EDWARD R.  NEWSOME, Relator

———

## Original Proceeding on Petition for Writ of Mandamus

———

### MEMORANDUM OPINION

Relator, Edward R. Newsome, seeks relief from this Court by petition for writ of mandamus. [1] We **deny** the petition. We dismiss Relator's "Amended Motion for Leave to File for Rehearing" filed prior to our denial of the petition for want of jurisdiction.

---

[1]   The underlying case is *Edward R. Newsome v. Walgreen Drug Store*, No. 1995-25994 in the 189th District Court of Harris County, Texas, the Honorable Bill Burke presiding.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Massengale.